Andrew Erickson
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com

*Attorneys for Defendant Laura McIndoe*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| LAURA MCINDOE, | |
| Defendant. | Case No. 3:26-po-00002-MMS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENSE MOTION

Defendant Laura McIndoe, through undersigned counsel, respectfully moves this Court for a 7-day extension of time to file her first defense motion.

On March 12, 2026, this Court held a joint Status Conference in this case and in *United States v. Evanoff*, No. 3:26-po-00003-MMS. This Court ordered the Government to produce all discovery by April 20 in both cases. This Court

Case 3:26-po-00002-MMS    Document 10    Filed 05/04/26    Page 1 of 3

also set a defense motion deadline of May 4, with the Government's response due by May 11.

On April 13, the Government produced a substantial amount of new discovery to Ms. McIndoe. Because this new discovery has required additional time to review and analyze, Ms. McIndoe requests a short extension of time to file her defense motion.

The current deadline is May 4. If this extension is granted, Ms. McIndoe will file her motion by May 11.

The undersigned counsel has conferred with counsel for the Government, who indicated that the Government does not oppose this motion. It is the parties' intention that further scheduling and pre-trial issues be discussed at the May 18 Trial scheduling Conference.

Respectfully submitted.

DATED: May 4, 2026

LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

Andrew Erickson, Alaska Bar No. 1605049

*Attorneys for Defendant Laura McIndoe*

*United States v. McIndoe*      Case No. 3:26-po-00002-MMS
Unopposed Motion for Extension of Time to File Defense Motion     Page 2 of 3

Case 3:26-po-00002-MMS    Document 10    Filed 05/04/26    Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson

Case 3:26-po-00002-MMS     Document 10     Filed 05/04/26     Page 3 of 3