# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

LAURA MCINDOE,

      Defendant.

Case No. 3:26-po-00002-MMS

## (PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENSE MOTION

The Defendant's Unopposed Motion for Extension of Time to File Defense Motion is GRANTED. The Defendant's new motion deadline is May 11, 2026. The Court will address new pretrial deadlines at the May 18, 2026 Status/Trial Scheduling Conference.

IT IS SO ORDERED.

_____
Dated

_____
The Honorable Michael M. Scoble
United States Magistrate Judge

*United States v. McIndoe*
(Proposed) Order

Case No. 3:26-po-00002-MMS
Page 1 of 1