Andrew Erickson
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com

*Attorneys for Defendant Laura McIndoe*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

LAURA MCINDOE,

        Defendant.

Case No. 3:26-po-00002-MMS

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE MOTION TO DISMISS

Defendant Laura McIndoe, through undersigned counsel, respectfully moves for a second 7-day extension of time to file her Motion to Dismiss.

On May 18, 2026, this Court held a joint Trial Scheduling Conference in this case and in *United States v. Evanoff*, No. 3:26-po-00003-MMS. This Court set a defense pretrial motion deadline of June 1, with the Government's

response due by June 8. On June 1, Ms. McIndoe filed an unopposed motion for extension of time, requesting a 7-day extension until June 8 to file her motion to dismiss.

Due to unexpected litigation deadlines in other cases that have required undersigned counsel's attention, Ms. McIndoe respectfully requests a second brief, 7-day extension to file her motion to dismiss. If this extension is granted, Ms. McIndoe will file her motion by June 15, 2026.

Respectfully submitted.

DATED: June 8, 2026

LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

Andrew Erickson, Alaska Bar No. 1605049

*Attorneys for Defendant Laura McIndoe*

Case 3:26-po-00002-MMS    Document 16    Filed 06/08/26    Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson

Case 3:26-po-00002-MMS   Document 16   Filed 06/08/26   Page 3 of 3