**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>LAURA MCINDOE,<br><br>     Defendant. | Case No. 3:26-po-00002-MMS |

## (PROPOSED) ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS

The Defendant's Second Motion for Extension of Time to File Motion to Dismiss is GRANTED. The Defendant's Motion to Dismiss is due on or before June 15, 2026.

IT IS SO ORDERED.

_____       _____
Dated                          The Honorable Michael M. Scoble
United States Magistrate Judge