**United States Department of the Interior**

U.S. FISH AND WILDLIFE SERVICE
Kenai National Wildlife Refuge
P.O. Box 2139
Soldotna, Alaska 99669

November 25, 2025

Laura McIndoe

██████████

Mrs. McIndoe,

This letter and enclosed citation are in response to the contact I had with you at mile 6.5 Funny River Road on the Kenai National Wildlife Refuge on the day of February 5, 2025. As I explained, trapping on the refuge in accordance with State and Federal laws is allowed and obstructing or disrupting the lawful process of trapping wildlife such as impeding trappers, or disturbing their equipment is prohibited as it can hinder the effectiveness of trapping efforts and compromise wildlife management.

No one wants to see a dog caught in a trap, but it occasionally happens. Many of Kenai Nation Wildlife Refuge trailheads are adjacent to prime wildlife habitat. Trappers are drawn to these areas, as are dog walkers, snowmachine riders and hikers. Some residents close to these areas allow dogs to roam free, and pets sometimes wind up in traps. The Alaska Department of Fish and Game has a brochure available entitle Trap Safety for Pet Owners. Keeping your pet safe is your responsibility and you should always keep control of your pet. If you encounter traps or snares, immediately leash your pet and leave the area. It is against state law to move or tamper with any legally set traps or snares you may encounter. If you believe traps are illegally set, immediately notify the Kenai National Wildlife Refuge or Alaska Wildlife Troopers.

Disturbing, molesting, or interfering with any private person engaged in the pursuit of an authorized activity on any national wildlife refuge is prohibited. This regulation is designed to protect individuals engaged in authorized activities on these protected lands.

The collateral set forth by the district court is $280.00 and may be paid via US Mail, the internet, or by phone. The Central Violations Bureau phone number is: 1-800-827-2982 (Press 0 after the prompt to talk to a live operator.)

If you wish to appear in court, the court date has been scheduled for 1400 hours on January 13, 2026, at the US District Court in Anchorage. Failure to either pay the citation or appear for the hearing at the time and place instructed will result in a bench warrant being issued for your arrest.

Feel free to contact me at the phone number listed below with questions.

Shay Hurd
Federal Wildlife Officer
U.S. Fish and Wildlife Service

██████████

McIndoe_etal_00000507

**Exhibit 1**
**Page 1 of 1**