Pursuant to the Code of Federal Regulations (CFR), Title 50, Section 31.16, the following conditions apply to the trapping of furbearing animals on a National Wildlife Refuge:

1. <u>State and Federal requirements</u> - Trapping will be done in compliance with State game laws and regulations, and may be further restricted by general and special conditions of the Refuge Trapping Permit. Permittees will also comply with all other regulations and conditions affecting access to and use of the Kenai National Wildlife Refuge.

2. <u>Trapping permits</u> - Any person exercising the privilege of trapping furbearing animals within National Wildlife Refuge boundaries must possess a valid State trapping license and a Refuge Trapping Permit issued by the Refuge Manager. Trappers will carry such State trapping license and Refuge Trapping Permit while trapping, and when requested to do so, will exhibit them to any Federal or State agent authorized to enforce the game and fish laws of the State or of the United States. Permits are not transferable.

3. The Refuge Manager may at any time, before or during the trapping season, halt or limit trapping on the Refuge or any portion thereof. Conditions of the permit may be modified as needed. Any changes will be made by an addendum (signed by both the issuing officer and the permittee) which should be attached to, and become a part of, the permit.

4. <u>Approved traps, trap inspection, and removal</u> - Furbearing animals authorized to be taken on the Refuge may be taken only by methods approved by both the State and the Refuge Manager. Consult current regulations and this permit's special conditions for seasons, methods, and bag limits.

5. The possession or use within the boundaries of the Refuge of any trap or captive device that does not comply with State and Refuge requirements is prohibited. Any such illegal traps or devices found on the Refuge may be seized and retained by the Refuge Manager.

6. <u>Tending another person's traps</u> - No person may attend another person's traps or trap line unless specifically authorized by the Refuge Manager.

7. A maximum of two persons may obtain the same trap identifier authorizing and obligating either or both individuals to attend their traps and trap line. Both trappers utilizing the same trap identifier shall be held equally responsible for adhering to State and Federal regulations and permit conditions.

8. <u>Non target species</u> – A non-target species is any species that is not specifically authorized for trapping under state or federal regulations and permit conditions at the time the trap is set. If an unauthorized animal is found alive and in satisfactory condition in a trap, it shall be immediately released. Non target species found dead or seriously injured in a trap shall be immediately reported to the Refuge Manager.

9. <u>Reports</u> - Permittees shall submit a report (or reports) of trap take. All species, regardless of conditions, shall be reported. Trappers shall also promptly report the presence of diseased animals to the Refuge Manager.

10. <u>Penalties</u> - Failure of a permittee to comply with any of the trapping provisions or with any applicable Federal or State law or regulations may be sufficient cause for refusal of any other use or privilege on the Refuge for which a permit may be required.

11. The permit may be revoked or suspended by the issuing officer for just cause, such as violation, noncompliance with permit conditions, or non-use (50 CFR 25.43).

12. <u>Damages</u> - The United States shall not be responsible for any loss or damage to property, including but not limited to, animals and equipment; for injury to the permittee, partner(s), or assistant(s); or for damages or interference caused by wildlife or employees or representatives of the Government carrying out their official responsibilities.

## Special Conditions Specific to the Kenai National Wildlife Refuge

13. All traps and snares will be clearly identified by their owner by a Refuge-approved mark or tag that is clearly visible.

14. All leghold traps must be checked at least once every four days in the GMU 15A and GMU 15B (West) portions of the Refuge and checked at least once every seven days throughout the remainder of the Refuge. Body-grip (Conibear-style) traps and drowning sets must be checked at least once every seven days throughout the Refuge.

15. Snares must be checked once every four days in GMU 15A and GMU 15B (West) portions of the Refuge unless trappers have attended a seminar on the use of snares co-sponsored by the U.S. Fish and Wildlife Service and Alaska Department of Fish and Game, <u>and</u> all snares used are modified to allow "break away" for larger non-target species. Trappers using breakaway snares are required to check snares once every seven days after attending the required seminar.

16. Traps and snares are prohibited within 30 feet of sight-exposed baits. Bait means any lure or attractant composed of mammal, bird, or fish flesh, fur, hide, entrails, or feathers. Sight exposed means visible from any angle when viewed from a height of 3 feet or greater at a distance of 30 feet or less. The restriction on sight exposed bait does not apply to a single dried wing used as a flag in conjunction with a cubby set; provided no trap is located outside of the cubby.

17. Report all tags and radio collars taken from furbearers within 3 days and return within 5 days to the Refuge.

18. Most trapping is prohibited within one mile of public roads, campgrounds, and road accessible trailheads, as depicted on map available at Refuge Headquarters. Trapping for mink and muskrat using leg hold traps 1 1/2 or smaller and 110 or 120 conibears will be allowed in these closed areas.

19. All trapping is prohibited in the Skilak Wildlife Recreation Area (SWRA), Kenai NWR Headquarters area and within ¼ mile of wildlife underpasses or overpasses.

**Exhibit 3**
**Page 2 of 3**

Case 3:26-po-00002-MMS    Document 17-3    Filed 06/15/26    Page 2 of 3

20. Steel leghold traps having teeth, spiked, or serrated jaws (either attached or as a part of the trap) are prohibited.

21. Cubby and/or flag sets are not allowed when the lynx season is closed. A cubby is any enclosure, whether natural and/or constructed of natural and/or manmade material, with an opening, hole or crevice on one or both ends, that is used in association with a trap or trap set(s). A cubby with an opening less than 7 inches by 7 inches utilizing leg hold traps 1 1/2 or smaller and/or a 120 or smaller body grip (Conibear-style) and/or a snare is allowed at any time during the trapping season. A flag set is the use of a visual attractant, whether man made or natural, placed so that it has the potential to attract animals to the trap. A visual attractant can be items such as but not limited to compact discs, flagging, fishing lures, wings of birds, foil, etc. However, a flag set can be used in conjunction with a 1-1/2 or smaller leg hold trap or a 120 or smaller body grip trap at any time during the open trapping season for marten.

22. An accurately completed furbearer harvest report must be submitted to the Refuge Manager no later than **June 15**.

## Special Conditions for Beaver Trapping

23. Only one set per beaver lodge is authorized throughout that portion of the Refuge in GMU 15A. A set is one leghold or conibear trap or a pole with a configuration of snares.

24. Each lodge that is being trapped or has been trapped the current season shall be visually marked with a pole vertically set in the ice.

25. Only one beaver per lodge is permitted to be taken from the Swan Lake Canoe System Area of the Refuge.

26. Trappers are requested to voluntarily remove only one beaver per lodge from the Swanson River Canoe System Area and the remainder of the Refuge within GMU 15A.

## Special Conditions Fox and Marten Trapping

27. Unit 15B east of the Kenai River, Skilak Lake, Skilak River, and Skilak Glacier is **CLOSED** to the trapping of marten.

28. Trapping of Red Fox is **CLOSED** throughout the Refuge.