

## Kenai National Wildlife Refuge
## General Activities
## Special Use Permit
(For Official Use Only)

**Permit #:** 2024-Trap-JNSamona-11585

**Permit Term**

From: 11/10/2024    To: 5/15/2025

1) Permittee Name/Business: Jeffery Samona

2) Permit Activity Type: Trapping

3) Permit Status:

☒ Approved — *If approved, provide special conditions (if any) in the text box below.*

☐ Denied — *If denied, provide justification in the text box below.*

Addendum T, special conditions for trapping are held as a valid part of this permit.

| Question | Yes | No | N/A |
|---|---|---|---|
| 4) Are there additional special conditions attached to the permit? | ● Yes | ○ No | ○ N/A |
| 5) Are other licenses/permits required, and have they been verified? | ● Yes | ○ No | ○ N/A |
| 6) Are Insurance and/or Certification(s) required, and verified? | ○ Yes | ● No | ○ N/A |

7) Record of Payments: ○ Full    ○ Partial   ● Exempt    Amount of full payment: [        ]

8) Is a surety bond or security deposit required? ○ Yes   ● No   ○ N/A

This permit is issued by the U.S. Fish and Wildlife Service and accepted by the applicant signed below, subject to the terms, covenants, obligations, and reservations, expressed or implied herein, and to the notice, conditions, and requirements included or attached. A copy of this permit should be kept on-hand so that it may be shown at any time to any refuge staff.

Permit approved/issued by: (Signature and title)

*Chene Below, Admin*

Date: 11-20-24

10) Permit accepted by: (Signature or permittee)

*Jeffey Samona*

Date: 11/20/24

McIndoe_etal_00000517

**Exhibit 4
Page 1 of 2**



**U.S. Fish & Wildlife Service**
Kenai National Wildlife Refuge
33398 Ski Hill Road
P.O. Box 2139
Soldotna, AK 99669

Permit Number: 2024-TRAP JN SAMONA 11585

Permittee: JEFF SAMONA

━━━ *Furbearer Harvest Report* ━━━

| Did you trap for: | Check If Yes" | # of Traps Used | Total Days Trapped | Which GMU? 15A, 15B, 15C, or 7 | Comments |
|---|---|---|---|---|---|
| Beaver | ☐ | | | | |
| Coyote | ☐ | | | | |
| Fox | ☐ | | | | |
| Lynx | ☒ | 3 | 17 | 15 B | |
| Marten | ☐ | | | | |
| Mink | ☐ | | | | |
| Muskrat | ☐ | | | | |
| River Otter | ☐ | | | | |
| Weasel/Ermine | ☐ | | | | |
| Wolf | ☐ | | | | |
| Wolverine | ☐ | | | | |

**P A R T 1**

## What did you catch? (Include target and non-target individuals).

| Species | Sex (M, F, U) & Age (Ad, JV) | Capture Date | Was it Marked, Tagged or Collared? | Location (Give general area for example Chick Lake) |
|---|---|---|---|---|
| Coyote | M- Ad | 12/10/10 | Yes, Left ear 558 | ½ mile from Trapper Joe Lake |
| LYNX | m-Ad | 2/11/25 | | 1½ mile BAYBERRY TRAIL (MILE 4.5 FUNNY RIVER) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**P A R T 2**

Use the backside if you need more room to list what you caught. If you did not trap on the Refuge, note in Part 1 of this form.

**Report due no later than June 15, 2025.**
**Failure to Report will result in suspension of trapping on the Refuge.**

Receiving Officer Signature: _Deana Myer_ Date: 2/18/25

24

McIndoe_etal_00000518
**Exhibit 4**
**Page 2 of 2**

Case 3:26-po-00002-MMS    Document 17-4    Filed 06/15/26    Page 2 of 2