Andrew Erickson
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com

*Attorneys for Defendant Laura McIndoe*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| LAURA MCINDOE, | |
| Defendant. | Case No. 3:26-po-00002-MMS |

## DEFENDANT'S JOINDER TO MOTION TO DISMISS

Pursuant to this Court's June 29, 2026 Minute Order, Defendant Laura McIndoe hereby joins the Motion to Dismiss filed by Defendant Trafford Evanoff in *United States v. Evanoff*, No. 3:26-po-00003-MMS.

A copy of Mr. Evanoff's Motion to Dismiss is attached as Exhibit 1.

Respectfully submitted.

DATED: July 3, 2026          LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____
Andrew Erickson, Alaska Bar No. 1605049

*Attorneys for Defendant Laura McIndoe*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____
Andrew Erickson

*United States v. McIndoe*          Case No. 3:26-po-00002-MMS
Defendant's Joinder to Motion to Dismiss          Page 2 of 2