Andrew Erickson
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com

*Attorneys for Defendant Laura McIndoe*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

LAURA MCINDOE,

      Defendant.

Case No. 3:26-po-00002-MMS

## DECLARATION OF ANDREW ERICKSON

I, Andrew Erickson, declare as follows:

1.    I am an attorney at the law firm of Landye Bennett Blumstein LLP and am counsel for the Defendant Laura McIndoe in the above-captioned matter. This declaration is submitted in support of the Defendant's Motion for Judicial Notice.

Case 3:26-po-00002-MMS   Document 23-1   Filed 07/03/26   Page 1 of 2

2. Exhibit 1 is a true and accurate copy of the Kenai National Wildlife Refuge, Trapping Compatibility Determination dated June 13, 2007. That document is an official government record and is available online at the U.S. Fish & Wildlife Service's website: https://iris.fws.gov/APPS/ServCat/Download-File/121581?Reference=79437.

3. Exhibit 3 is a true and accurate copy of excerpts of the U.S. Fish & Wildlife Service's Draft Environmental Assessment for Amendment of Public Use Regulations at Kenai National Wildlife Refuge dated June 11, 2020. That document is an official government record and is available online at: https://www.regulations.gov/document/FWS-R7-NWRS-2017-0058-0006.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

DATED: July 3, 2026          LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

Andrew Erickson, Alaska Bar No. 1605049

*Attorneys for Defendant Laura McIndoe*

Case 3:26-po-00002-MMS    Document 23-1    Filed 07/03/26    Page 2 of 2