# Draft Environmental Assessment for Amendment of Public Use Regulations at Kenai National Wildlife Refuge

**June 11, 2020**

## Proposed Action

The U.S. Fish and Wildlife Service (USFWS or Service) is proposing to amend Kenai National Wildlife Refuges (Kenai NWR or Refuge) public use regulations at 50 CFR 36.32 (c)(iii) and 50 CFR 36.39 (i)(3)(i), (i)(4)(ii)(E), (i)(5)(i) and (ii), and (i)(9)(iii)) to: remove the requirement to obtain a refuge-specific federal trapping permit; allow for the hunting of brown bears over bait; expand access to the refuge by allowing use of bicycles and game carts on certain designated trails, roads and right-of-ways; and, expand motorized access to certain lakes for ice fishing; and allow the discharge of firearms along the Kenai and Russian Rivers during certain times of the year.

## Categorical Exclusions for Reducing the Period of Firearm Restrictions on the Kenai River and Removal of the Refuge-Specific Federal Trapping Permit Requirement

If federal actions do not individually or cumulatively have a significant effect on the human environment and have been found by the Secretary to be categorically excluded from analysis under NEPA, they do not require evaluation.

The current prohibition on firearms discharge along the Russian and Kenai rivers applies year-round (with exceptions for waterfowl hunting and dispatch of animals while trapping). The proposed rule would reduce the period of this restriction to take effect only from May 1 to October 31. The restriction would remain in place during the time-period of the highest public use in these areas for public safety. High numbers of visitors use the river corridors for scenic floating, hiking, and camping from late spring through fall, and the Russian and Kenai rivers experience high use by anglers from mid-June through the end of October. The proposed change to the firearms discharge restriction is considered to be categorically excluded under 516 DM 8.5 A(2) as a public safety action, and is not further evaluated within this document.

In support of the Secretarial Orders 3347 and 3356 to increase recreational opportunities, to align federal regulations with state regulations, and to reduce the regulatory burden on the public, the Service is proposing to eliminate the current requirement for the public to obtain a federal permit to trap on Kenai Refuge (50 CFR 36.32(d)(1)(iii)). The current trapping permit system on the Refuge was established under the Furbearer Management Plan (1988) to address conflicts between trappers and other refuge users and to decrease take of non-targeted wildlife. Without the federal permit, trapping could occur on the Refuge by any State trapping license holder with no additional restrictions beyond those provided in the State trapping regulations. A summary of some of the differences between the Kenai Refuge federal permit and state trapping regulations are listed in Table 1.

Under the No Action Alternative, motorized vehicular access to frozen lakes for ice fishing would continue to be limited to licensed highway vehicles and snow machines when snow conditions allow (only upon announcement by the Refuge Manager). This activity may result in temporary disturbance and displacement of wildlife near designated lakes; these impacts are not expected to have population level impacts. No impacts to Refuge habitats occur from motorized use on frozen lakes as currently allowed on the Refuge.

**Alternative 2 (Proposed Action):**

*Bear Baiting*

Any increase in the number of bait stations on the Refuge under Alternative 2 would increase the amount of artificial food available as bait and potential effects on bear behavior, physiology, food-conditioning, use by non-target species and soil and vegetation described under the No Action Alternative. As under Alternative 1, however, the potential for such effects to occur Refuge-wide or at wildlife population levels is considered low and overall impacts would be minor and localized.

*Use of Bicycles and Game Carts*

Under Alternative 2, the use of bicycles would be expanded to include use on certain designated trails, roads, and right-of-ways totaling 137 miles of new routes on the Refuge. Biking would also be allowed during winter on designated lakes within the Skilak WRA (when ice conditions permit). A map and list of trails, roads and right-of-ways and lakes proposed to be opened to bicycle use is found in Appendix I. Use of game carts under this alternative would be expanded to include allowing use on additional utility right-of-ways, as well as the Moose Research Center and Wood Cut roads.

While bicycle and game cart use would be expected to increase on the Refuge under this alternative, we cannot accurately project the extent of this increase. Increased bicycle use, including use in newly designated areas open to this activity on the Refuge, would increase potential for biological impacts including temporary disturbance and displacement of wildlife, human-wildlife conflicts, inadvertent introduction or spread of invasive plants, and at least seasonally on unhardened trails and routes disturbance to vegetation and soils greater than occurs currently on trails whose current use is limited to pedestrian only (Quinn and Chernoff 2010). One of the most significant characteristics of bicycling in a wildland setting as a form of wildlife disturbance is a result of the potential relative speed and silence of the activity. A relatively fast moving, quiet biker may approach an animal without being detected until well within the normal "flight response zone." The result may be a severe startle response by the wildlife species with significant consequences to the animal or the mountain biker or both; in the case of bears, such incidents may result in aggressive behavior toward the mountain biker (Quinn and Chernoff 2010). These impacts would be minimized to the extent possible by designating existing pedestrian trails, roads and right-of-ways for bicycle use that have reduced potential for bear encounters, avoid sensitive habitats such as wetlands, and are hardened or otherwise have lower potential for soil disturbance and erosion.

*Motorized Access on Designated Lakes for Ice Fishing*

Under Alternative 2, motorized access to designated lakes for ice fishing would be expanded to include use of ATVs, UTVs and snow machines (not requiring announcement by Refuge Manager) in addition to licensed highway vehicles. Increased motorized use on these lakes

**Appendix I. Trails, Roads and Right-of-Ways Proposed for Bicycling and Game Cart Use**

*In addition to roads open to public vehicular use, bicycles may be used on the following trails and routes:* Mystery Creek Road and Enstar Pipeline right-of-way (to the Big Indian public use cabin), Wolf Lake Road, Moose Research Center Road, Marsh Lake Trail (Skilak Wildlife Recreation Area), Ski Hill Trail (to be constructed in 2020), Wood Cut Road

*In addition, bicycles may be used on frozen lakes when ice conditions allow on the following lakes:* Bottenintnin Lake, Kelly Lake, Petersen Lake, Marsh Lake, Engineer Lake, and Hidden Lake

*A map depicting trails and routes open to bicycle use is available at Refuge headquarters and on line at the Refuge website: www.fws.gov/refuge/kenai.*

*In addition to industrial roads in the Swanson River and Beaver Creek oil and gas fields and the Mystery Creek Road/Enstar pipeline right-of-way, game carts may be used on:* Moose Research Center Road, Wood Cut Road and various utility right-of-ways.

*A map depicting routes open to game cart use is available at Refuge headquarters and on line at the Refuge website: www.fws.gov/refuge/kenai.*



*Trails, Roads and ROWs Proposed for Bicycling Use*

U.S. Fish & Wildlife Service
**Kenai National Wildlife Refuge**
Soldotna, Alaska

**Exhibit 2**
**Page 4 of 5**



Produced in GIS Department
Soldotna, Alaska
Current to:May, 2019

0  0.75  1.5    3    4.5    6  Miles

0  1.25  2.5    5    7.5    10  Kilometers

━━━ Proposed Cart Access

N
W E
S

UTM ZONE 5N
NAD 83

**Exhibit 2**
**Page 5 of 5**