# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

LAURA MCINDOE,

      Defendant.

Case No. 3:26-po-00002-MMS

## (PROPOSED) ORDER GRANTING MOTION FOR RECONSIDERATION

The Defendant's Motion for Reconsideration is GRANTED. The Defendant's Motion to Dismiss (Docket No. 17) is reinstated and a decision on the merits will be issued in due course.

IT IS SO ORDERED.

_____\
Dated

_____\
The Honorable Michael M. Scoble
United States Magistrate Judge