**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

LAURA MCINDOE,

        Defendant.

Case No. 3:26-po-00002-MMS

**(PROPOSED) ORDER GRANTING MOTION *IN LIMINE* TO EXCLUDE HEARSAY STATEMENTS**

The Defendant's Motion *in Limine* to Exclude Hearsay Statements is GRANTED. At trial, the Government is prohibited from arguments or eliciting testimony from the trapper regarding statements allegedly made to the trapper by law enforcement officials.

IT IS SO ORDERED.

_____
Dated

_____
The Honorable Michael M. Scoble
United States Magistrate Judge