**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

LAURA MCINDOE,

      Defendant.

Case No. 3:26-po-00002-MMS

**(PROPOSED) ORDER GRANTING MOTION IN LIMINE**

The Defendant's Motion *in Limine* to Preclude the Government from Disputing Whether the Alleged Events Occurred on a "Road" is  GRANTED. At trial, the Government is prohibited from making arguments that the events described in the Notice of Violation did not occur on a "road."

IT IS SO ORDERED.

_____
Dated

_____
The Honorable Michael M. Scoble
United States Magistrate Judge

Case 3:26-po-00002-MMS   Document 28-1   Filed 07/16/26   Page 1 of 1