Andrew Erickson
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com

*Attorneys for Defendant Laura McIndoe*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

LAURA MCINDOE,

       Defendant.

Case No. 3:26-po-00002-MMS

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR JUDICIAL NOTICE

Defendant Laura McIndoe, through undersigned counsel, and pursuant to Local Criminal Rule 47.1(d), respectfully moves this Court for leave to file the accompanying Reply in Support of Motion for Judicial Notice.

Leave should be granted for Ms. McIndoe's brief 4-page Reply responding to the Government's Response to Motion for Judicial Notice because the Gov-

ernment misstates numerous facts and the law governing the Motion, as explained in the Reply.

Respectfully submitted.


DATED: July 17, 2026             LANDYE BENNETT BLUMSTEIN LLP

                                 */s/ Andrew Erickson*

                                 _____

                                 Andrew Erickson, Alaska Bar No. 1605049

                                 *Attorneys for Defendant Laura McIndoe*

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson