**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

LAURA MCINDOE,

      Defendant.

Case No. 3:26-po-00002-MMS

**(PROPOSED) ORDER**

The Defendant's Motion for Leave to File Reply in Support of Motion for Judicial Notice is GRANTED. The Defendant's Reply is accepted as filed.

IT IS SO ORDERED.

_____
Dated

_____
The Honorable Michael M. Scoble
United States Magistrate Judge

*United States v. McIndoe*
(Proposed) Order

Case No. 3:26-po-00002-MMS
Page 1 of 1