

| | |
|---|---|
| **Incident ID/Status:** 198306/Approved | **Approved By:** 3138 : Below |
| **Incident Date:** 02/09/2024 | **Incident Time:** 1300 |
| **Region:** 7 | **State:** AK |
| **Complex:** | **Station:** KENAI NWR - AK |
| **Location:** Mile 6 Funny River Road 'Wood cut rd' | **Lat/Long:** 60.447652 / -150.944414 |
| **Primary Officer:** Harvey, Peter (Badge: 7079) | **Use of Force:** |

☑ **MVARS (Body/Dash Camera) Used?**    ☐ **Service K-9 was Deployed?**

### Detailed Information

On February 9th, 2024 from 1000 hours to 1400 hours, I Federal Wildlife Canine Officer Pete Harvey and Sr. Federal Wildlife Officer John Below conducted a snowmachine patrol out the Wood Cut Rd. approximately mile 6 Funny River Road within the Kenai National Wildlife Refuge. SFWO Below and I recieved a report of illegal traps being placed along this two track road.

SFWO Below and I located multiple snares and foothold traps that were not properly tagged. Twelve of the fourteen sets were within a mile of Funny River Rd. and three sets had sport caught fish (salmon fillets) as bait. On two sets I was able to locate the trap tag on a CD that was being used as a flag. The tag read "JS". I referenced our permit log and the ID "JS" is used by Jeffery Samona.

After completing our patrol I returned to the Kenai NWR HQ where I contacted Jeffery Samona by phone and he agreed to meet at my office. I spoke with Jeff for over an hour and answered all questions he had and looked at the map. I explained to him what I found out on his line and told him I would be issuing him a violation notice for noncompliance with his trapping permit special use conditions.

Jeffery Samona violated conditions 1, 13, 18 of his special use permit.

**1. State and Federal requirements - Trapping will be done in compliance with State game laws and regulations, and may be further restricted by general and special conditions of the Refuge Trapping Permit. Permittee will also comply with all other regulations and conditions affecting access to and use of the Kenai National Wildlife Refuge.**

**13. All traps and snares will be clearly identified by their owner by a Refuge-approved mark or tag that is clearly visible.**

**18. Trapping is prohibited within one mile of public roads, campgrounds, road accessible trailheads, and within the Skilak Wildlife Recreation Area (SWRA) (including the Kenai River within this area) and Headquarters area as depicted on map available at Refuge Headquarters, provided, however, that trapping for mink and muskrat using leg hold traps 1 1/2 or smaller and 110 or 120 conibears will be allowed in these areas outside of the SWRA and Headquarters area.**

Jeffery Samona was issued violation notice E2075901 for noncompliance with his special use trapping permit to wit: violations of conditions 1, 13 and 18.
Six cable snares and two number 4 padded foothold traps were seized and entered into evidence.
Jeffery Samona is a first year trapper in this area and attended the 2023 Kenai NWR Trapping Orientation

**Exhibit 1**
**Page 1 of 5**

Case 3:26-po-00002-MMS    Document 31-1    Filed 07/24/26    Page 1 of 5



class. I explained to him the conditions of his permit he violated and in the future if he is unsure of something to give me a call.

Nothing Follows.

## Additional Information

N/A

## Offense Information

16 USC 668dd National Wildlife Refuge System Administration Act 50 CFR 36.32(c)(1)(ii) - Each person shall comply with the applicable provisions of Federal law when hunting/trapping on any Alaska NWR.

Educational Contact

## Suspect Information

| | |
|---|---|
| **Organization:** | (LEMIS ID:145885: ) |
| **Primary Address:** | |
| **DOB:** | |
| **Driver's License:** | |
| **Mobile Telephone:** | |
| **Race:** | White |
| **Gender:** | Male |
| **Height:** | 70 in. |
| **Weight:** | 185 lb. |
| **Eyes:** | Blue |
| **Hair:** | Brown |

## Witness Information

N/A

## Reporter Information

N/A

## Victim Information

N/A

## Arrest Information

N/A

## Warning Information

N/A



| INCIDENT NUMBER: 198306 | OFFICER: Harvey | BADGE: 7079 | LOCATION: KENAI NWR - AK | STATE: AK | APPROVED: 3138 : Below |
|---|---|---|---|---|---|

## Violation Notice Information

| | |
|---|---|
| **Suspect:** | SAMONA, JEFFERY NMI |
| **VN Number:** | E2075901 |
| **Offense:** | Criminal - C.F.R./U.S.C. 16 USC 668dd National Wildlife Refuge System Administration Act 50 CFR 36.32(c)(1)(ii) |
| **ClassID:** | 278619 |
| **VN ID:** | 63458 |
| **VN Type:** | Federal |
| **Status:** | OPEN |
| **CVB:** | NL |
| **Loc Code:** | AL5A |
| **Issue Date:** | 02/09/2024 |
| **Collateral Fine:** | $330.00 |
| **Mandatory Appearance?** | No |
| **Suspension?** | No |
| **Created By/On:** | pharvey, 02/11/2024 |
| **Updated By/On:** | pharvey, 02/11/2024 |

## Linked Officer Information

| | |
|---|---|
| **Officer:** | Below, John (Badge: 3138) |
| **Current Status:** | Retired |
| **Title:** | Field Full Time |
| **Duty Station:** | Upper Mississippi River National Wildlife and Fish Refuge-Mcgregor District - 32595 |
| **Work Phone:** | ███████████ |
| **Mobile Phone:** | ███████████ |

## Linked Incident Information

N/A

## Vehicle Information

| | |
|---|---|
| **Vehicle Type:** | Vehicle |
| **Tag Number:** | JTN474 |
| **Tag Year:** | Z |
| **Tag State:** | AK |
| **VIN:** | 2GTEK19TXY1195835 |
| **Vehicle Year:** | 2000 |
| **Vehicle Color:** | Maroon |
| **Vehicle Make:** | GMC |

 

**Style:** PK

**Vehicle Owner:** SAMONA, JEFFERY NMI

## Firearm Information

N/A

## Drug Information

N/A

## Drug Site Information

N/A

## Drug Item Information

N/A

## Other Property Information

**Description:** 6- Cable snares 2- Padded foothold traps

**Quantity:** 8

### Other Property Seizure Information

**Found/Seized:** Seized

**Seizure Tag:** 544206

**Date Acquired:** 02/09/2024

**Evidence?** No

**Seizure Location:** Mile 6 Funny River Road 'Wood cut rd'

**Station:** KENAI NWR - AK

**Disposal Date:** 12/16/2024

**How Disposed:** Return

**Disposal Comments:** On Monday, December 16, 2024 I (Derek Thompson) met with Samona, he examined his seized snares and footholds and agreed they were the items which were seized and were in satisfactory condition. He signed the 'return notification' on the seizure tag (#544206). My body worn camera video and pictures of the signed seizure tag are secured on the Axon Evidence.com database.

## Incident Crash Data

N/A

## Easement Information

N/A

## Photo Attachments

## Non-Photo Attachment Information



**Attachment:** Incident198306.01.pdf          **Description:** V/N and PC Statement

Case 3:26-po-00002-MMS     Document 31-1     Filed 07/24/26     Page 5 of 5