**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

LAURA MCINDOE,

   Defendant.

Case No. 3:26-po-00002-MMS

### (PROPOSED) ORDER

The Defendant's Motion to Compel Discovery Materials is GRANTED.

The Government is ordered to produce the following:

- Body worn camera videos and audio related to the events and investigation referenced in Incident Report 198306

- Photographs related to the events and investigation referenced in Incident Report 198306

- The Notice of Violation and probable cause statement related to the events and investigation referenced in Incident Report 198306.

IT IS SO ORDERED.

_____
Dated

_____
The Honorable Michael M. Scoble
United States Magistrate Judge

*United States v. McIndoe*
(Proposed) Order

Case No. 3:26-po-00002-MMS
Page 1 of 1