Andrew Erickson
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com

*Attorneys for Defendant Laura McIndoe*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURA MCINDOE,<br><br>    Defendant. | Case No. 3:26-po-00002-MMS |

## DEFENDANT'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL DISCOVERY MATERIALS

Pursuant to Local Criminal Rule 47.1(e), Defendant Laura McIndoe respectfully moves for expedited consideration of her concurrently filed Motion to Compel Discovery Materials (Docket No. 31).

Expedited consideration is warranted because the Government recently disclosed the existence of relevant evidence that is necessary for Ms. McIndoe's trial preparation and defenses. Trial is currently scheduled for August 3, 2026.

Undersigned counsel conferred with counsel for the Government, who indicated that they do not oppose expedited consideration of the Motion to Compel Discovery Materials.

Ms. McIndoe requests that the Government's response to the Motion to Compel Discovery Materials, if any, be filed no later than Tuesday, July 28, and a ruling on the Motion be issued no later than Wednesday July 29, directing the Government to produce the requested materials by 17:00 AKT on Thursday, July 30.

Respectfully submitted.


DATED: July 24, 2026          LANDYE BENNETT BLUMSTEIN LLP

                              */s/ Andrew Erickson*

                              _____
                              Andrew Erickson, Alaska Bar No. 1605049

                              *Attorneys for Defendant Laura McIndoe*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson