**1.0A Interference with Persons Engaged In Authorized Activities.**

The defendant is charged with interference with a person engaged in authorized activities, 50 CFR 27.84. For the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant disturbed, molested, or interfered with any private person engaged in the pursuit of an authorized activity.

Second, the person engaging in the pursuit of the authorized activity was on a national wildlife refuge.

**1.0B Interference with Persons Engaged In Authorized Activities.**

The defendant is charged with interference with a person engaged in authorized activities, 50 CFR 27.84. For the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant disturbed, molested, or interfered with any private person engaged in the pursuit of an authorized activity.

Second, the person engaging in the pursuit of the authorized activity was on a national wildlife refuge.

Third, the defendant disregarded an unreasonable risk that her conduct would result in the disturbance, molestation, or interference of the person engaged in the pursuit of the authorized activity.

**2.0 Other Relevant Definitions.**

"Public Road" means any road or street that is under the jurisdiction of and maintained by a public authority and open to public travel.[1]

"maintenance" means the preservation of the entire highway, including surface, shoulders, roadsides, structures, and such traffic-control devices as are necessary for safe and efficient utilization of the highway. [2]

The term "open to public travel" means, with respect to a road, that, except during scheduled periods, extreme weather conditions, or emergencies, the road— (i)is maintained; (ii)is open to the general public; and (iii)can accommodate travel by a standard passenger vehicle, without restrictive gates or prohibitive signs or regulations, other than for general traffic control or restrictions based on size, weight, or class of registration.[3]

---

[1] 28 U.S.C. §101(a)(22)
[2] 28 U.S.C §101(a)(13)
[3] 23 U.S.C. §125(e)(1)(A)