Andrew Erickson
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com

*Attorneys for Defendant Laura McIndoe*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAURA MCINDOE,<br><br>Defendant. | Case No. 3:26-po-00002-MMS |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

Defendant Laura McIndoe, through undersigned counsel, respectfully requests that the following jury instructions from the Manual of Model Criminal Jury Instructions for the Ninth Circuit (as revised online) be considered the controlling law in this case:

- 4.8 Knowingly [2022 Edition] ("An act is done knowingly if the defendant is aware of the act and does not [act] through ignorance, mistake, or accident.")

Ms. McIndoe submits that the violation charged, 50 C.F.R. § 27.84, requires the Government to prove beyond a reasonable doubt that Ms. McIndoe "knowingly" interfered with a "private person engaged in the pursuit of an authorized activity on any national wildlife refuge."

- 5.7 Duress, Coercion, or Compulsion (Legal Excuse) [March 2026 ver.]
- 5.8 Necessity (Legal Excuse) [June 2025 ver.]
- 5.9 Justification (Legal Excuse) [2022 Edition]
- 5.10 Self-Defense [March 2024 ver.]
- 5.12 Mere Presence [2022 Edition]

Ms. McIndoe requests leave to include such other and additional instructions as may become appropriate during trial.

Respectfully submitted.

DATED: July 24, 2026

LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

Andrew Erickson, Alaska Bar No. 1605049

*Attorneys for Defendant Laura McIndoe*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

______________________

Andrew Erickson